840

No. 81–2397. PRIDDY v. PRIDDY. Sup. Ct. Tex. Certiorari denied.

No. 81–2398. PERKINS v. CATERPILLAR TRACTOR CO. C. A. 7th Cir. Certiorari denied.

No. 81–2400. CAPITOL AGGREGATES, INC. v. DONOVAN, SECRETARY OF LABOR, ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–2401. YOUNG ET AL. v. FIDELITY UNION LIFE INSURANCE CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 81–2405. PASS WORD, INC., ET AL., DBA COEUR D'ALENE ANSWERING SERVICE v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 81–2410. GEE v. GEE. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 81–2411. GEE v. DAWSON ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 81–2412. GULF OIL CORP. ET AL. v. FISHER. C. A. 5th Cir. Certiorari denied.

No. 81–2413. VALENTINE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–6183. JONES v. CITY OF ST. LOUIS, MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 81–6309. PICKENS v. BRAND, SHERIFF OF JOHNSON COUNTY, ET AL. C. A. 10th Cir. Certiorari denied.

No. 81–6356. HERNANDEZ v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 81–6361. WIGGINS v. NEW MEXICO SUPREME COURT CLERK ET AL. C. A. 10th Cir. Certiorari denied.